IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES ROBERT LEGROS,  ) | No. C 15-05449 EJD (PR) |
| )  Plaintiff, ) | ORDER ADMINISTRATIVELY |
| ) | CLOSING CASE |
| v. ) | |
| ) | |
| UNKNOWN, ) | |
| ) | |
| Defendant. ) | |
| ) | |

On November 27, 2015, Plaintiff, a state prisoner at San Quentin State Prison, filed a pro se letter which the Court construed as a civil rights action pursuant to 42 U.S.C. § 1983. (Docket No. 1.)[1] The Clerk sent notice to Plaintiff that in order to proceed he must file a complaint on the Court's form and file an application to proceed in forma paupers. (See Docket Nos. 2 & 3.) On December 7, 2015, in response to the Clerk's notice, Plaintiff filed a document entitled "Unintended Filing Notice," in which he states that the letter he sent was intended for Judge Thelton Henderson and that he was in the process of exhausting his administrative remedies before filing a civil complaint. (Docket No. 5.) On December 30, 2015, Plaintiff filed a second notice of unintended

---

[1] This action was assigned to this Court on December 21, 2015, after the time allowed for Plaintiff to consent or decline to magistrate jurisdiction had passed. (See Docket Nos. 4 and 7.)

1  filing. (Docket No. 8.) Plaintiff's filings indicate that he never intended to file a civil
2  action. Accordingly, the Court finds that the instant case was opened in error and directs
3  the Clerk to terminate any pending deadlines and administratively close the case.
4  DATED:   1/19/2016

EDWARD J. DAVILA
United States District Judge

Order Administratively Closing Case
P:\PRO-SE\EJD\CR.15\05449Legros_admin close.wpd          2